UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BROOKE LUFF, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERTSON'S LLC, a foreign limited liability company,<br><br>Defendant. | No.<br><br>DEFENDANT ALBERTSON'S, LLC CORPORATE DISCLOSURE STATEMENT |

### RULE 7.1 DISCLOSURE STATEMENT

Defendant Albertson's, LLC is a wholly-owned subsidiary of Albertson's Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC. No publicly held corporation owns 10% or more of Albertson's, LLC stock.

////

////

DEFENDANT ALBERTSON'S, LLC CORPORATE STATEMENT – PAGE 1
CAUSE NO.

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

2491450 / 824.0066

1   Dated this 25th day of October, 2019.

2   By: *s/Roy A. Umlauf*
    Roy A. Umlauf, WSBA #15437

3

4   By: *s/Alexandra E. Ormsby*
    Alexandra E. Ormsby, WSBA #52677

5   FORSBERG & UMLAUF, P.S.
    901 Fifth Avenue, Suite 1400
6   Seattle, Washington  98164-2050
    Telephone: (206) 689-8500
7   Fax: (206) 689-8501
    Email: roy@foum.law
8   Email: aormsby@foum.law
    Attorneys for Defendant Alberton's LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT ALBERTSON'S, LLC CORPORATE STATEMENT – PAGE 2
CAUSE NO.

2491450 / 824.0066

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing DEFENDANT ALBERTSON'S, LLC CORPORATE STATEMENT on the following individuals in the manner indicated:

Mr. Daniel M. McLafferty
Ridgeline Law Group, PLLC
2367 Tacoma Ave S
Tacoma, WA 98402-1409
(X) Via U.S. Mail
(X) Via ECF
(X) Via Email

**SIGNED** this 25th day of October, 2019, at Seattle, Washington.

_____
Shawn G. Menning

DEFENDANT ALBERTSON'S, LLC CORPORATE STATEMENT – PAGE 3
CAUSE NO.

2491450 / 824.0066

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX